1  J. Russell Stedman (117130), rstedman@barwol.com
2  Kathleen E. Dyer (227216), kdyer@barwol.com
   BARGER & WOLEN LLP
   650 California Street, 9th Floor
3  San Francisco, California 94108
   Telephone: (415) 434-2800
4  Facsimile: (415) 434-2533

5  Attorneys for Plaintiff-in-Interpleader
   NEW YORK LIFE INSURANCE COMPANY

RECEIVED
06 MAY 12 PM 3:30
CLERK U.S.␣␣␣␣␣␣ WIEKING
NORTHERN DISTRICT COURT
␣␣␣␣␣␣␣ DISTRICT OF CALIFORNIA

E-Filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CRB

| | |
|---|---|
| NEW YORK LIFE INSURANCE COMPANY,<br><br>    Plaintiff-in-Interpleader,<br><br>vs.<br><br>HARRY K. JEUNG, an individual; CHEUK PING WONG, an individual,<br><br>    Defendants-in-Interpleader. | CASE NO.:<br>C 06 3201<br><br>[~~PROPOSED~~] ORDER DIRECTING DEPOSIT OF STAKE INTO COURT REGISTRY<br><br>(Filed concurrently with Complaint-in-Interpleader; and Certification of Interested Entities or Persons) |

I:\office7\7491\176\06Pleadings\Proposed Order - Interpleader.doc

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

[PROPOSED] ORDER DIRECTING DEPOSIT OF STAKE INTO COURT REGISTRY

1  Leave is hereby granted for Plaintiff-in-Interpleader in the above-captioned action, New
2  York Life Insurance Company ("NYLIC"), to deposit with the Court Clerk a check made payable to
3  the "Clerk of the United States Court for the Northern District of California," in an amount which
4  represents benefits of $304,570.32, payable to Nancy N. Wong's coverage under life insurance
5  policy 45 129 109, plus accrued interest through the date of the deposit with the Court.

7  Dated: _June 02_, 2006

By: _____
JUDGE FOR THE UNITED STATES
COURT OF THE NORTHERN
DISTRICT OF CALIFORNIA

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

-2-

[PROPOSED] ORDER DIRECTING DEPOSIT OF STAKE INTO COURT REGISTRY