1  Jeffrey A. Snyder/Bar No. 148217
   Erin L. McDermit/Bar No. 241167
2  THOITS, LOVE, HERSHBERGER & McLEAN
   A Professional Law Corporation
3  Two Palo Alto Square, Suite 500, 3000 El Camino Real
   Palo Alto, California 94306-212
4  Telephone:   (650) 327-4200
   Facsimile:   (650) 325-5572
5
   Attorneys for Defendant-in-Interpleader
6  Cheuk Ping Wong

7              UNITED STATES DISTRICT COURT

8            NORTHERN DISTRICT DISTRICT OF CALIFORNIA

9  NEW YORK LIFE INSURANCE              No. C 06 3201 CRB
   COMPANY,
10                                       STIPULATION EXTENDING TIME TO
               Plaintiff-in-Interpleader, RESPOND TO COMPLAINT-IN-
11                                       INTERPLEADER
   v.
12
   HARRY K. JEUNG, AN INDIVIDUAL;
13 CHEUK PING WONG, AN
   INDIVIDUAL,
14
               Defendants-in-Interpleader.
15

16

17         IT IS HEREBY STIPULATED by and between the parties, through their respective

18 attorneys, that defendant-in-interpleader Cheuk Ping Wong shall have an extension up to and

19 including July 14, 2006 to answer or otherwise respond to plaintiff-in-interpleader New York

20 Life Insurance Company's complaint-in-interpleader.  No previous extensions have been

21 requested.

22    Dated: June 12, 2006                     Dated: June 12, 2006.

23    BARGER & WOLEN LLP                       THOITS, LOVE,
                                               HERSHBERGER & McLEAN
24

25    By _Kathleen E. Dyer_  By _____
         Kathleen E. Dyer                         Jeffrey A. Snyder
26    Attorneys for Plaintiff-In-Interpleader  Attorneys for Defendant-In-Interpleader
      NEW YORK LIFE INSURANCE COMPANY          CHEUK PING WONG

214625                          0
STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT-IN-INTERPLEADER

**ORDER**

Based on the above Stipulation,

IT IS SO ORDERED that defendant-in-interpleader Cheuk Ping Wong shall have up to and including July 14, 2006 to file her responsive pleadings.

DATED: June 16, 2006



UNITED STATES DISTRICT JUDGE

214625

STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT-IN-INTERPLEADER

THOITS, LOVE, HERSHBERGER & McLEAN
A PROFESSIONAL LAW CORPORATION
TWO PALO ALTO SQUARE, SUITE 500, 3000 EL CAMINO REAL
PALO ALTO, CALIFORNIA 94306-2112
(650) 327-4200