J. Russell Stedman (117130), rstedman@barwol.com
Kathleen E. Dyer (227216), kdyer@barwol.com
BARGER & WOLEN LLP
650 California Street, 9th Floor
San Francisco, California 94108
Telephone: (415) 434-2800
Facsimile: (415) 434-2533

Attorneys for Plaintiff-in-Interpleader
NEW YORK LIFE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEW YORK LIFE INSURANCE COMPANY,<br><br>    Plaintiff-in-Interpleader,<br><br>    vs.<br><br>HARRY K. JEUNG, an individual; CHEUK PING WONG, an individual,<br><br>    Defendants-in-Interpleader. | CASE NO.: C 06-3201 CRB<br><br>STIPULATION OF THE PARTIES FOR:<br><br>1. DISCHARGE AND DISMISSAL WITH PREJUDICE OF PLAINTIFF-IN-INTERPLEADER NEW YORK LIFE INSURANCE COMPANY;<br>2. AWARD OF $5,000 TO PLAINTIFF-IN-INTERPLEADER NEW YORK LIFE INSURANCE COMPANY; AND<br>3. [PROPOSED] ORDER |

I:\office7\7491\176\06Pleadings\Stip re discharge.doc

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

STIPULATION AND [PROPOSED] ORDER

C 06-3201 CRB

The parties to this action, by and through their counsel of record, stipulate as follows:

RECITALS

WHEREAS, on or about April 5, 1994 Plaintiff-in-Interpleader New York Life Insurance Company ("NYLIC") issued New York Life Policy 45 129 109 (the "Policy") to Nancy N. Wong (the "Deceased"); and

WHEREAS, the application for the Policy, dated January 26, 1994, listed Defendant-In-Interpleader Cheuk Ping Wong ("Wong") and Larry T. Wong as the beneficiaries under the Policy; and

WHEREAS, on or about July 31, 2002, the Deceased submitted a change of beneficiary form naming Defendant-In-Interpleader Harry K. Jeung ("Jeung") as the primary beneficiary to the Policy and Wong as the secondary beneficiary under the Policy; and

WHEREAS, on or about May 11, 2005, the Deceased submitted a change of beneficiary form naming Wong as the sole and primary beneficiary under the Policy; and

WHEREAS, the Deceased died on July 18, 2005; and

WHEREAS, on or about August 8, 2005, NYLIC received a claim form from Wong claiming the benefits payable under the Policy; and

WHEREAS, on or about August 9, 2005, NYLIC received a letter dated August 3, 2005 from Jeung in which he contested the beneficiary designation under the Policy and on or about September 8, 2005, NYLIC received a letter dated September 6, 2005 from attorney Andrew R. Wiener asserting a claim to the benefits due under the Policy on behalf of Jeung; and

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

C 06-3201 CRB
-2-
STIPULATION AND [PROPOSED] ORDER

WHEREAS, NYLIC filed its complaint-in-interpleader on May 12, 2006; and

WHEREAS, pursuant to this Court's order directing deposit of stake into Court registry, NYLIC deposited with this Court a check in the amount of $314,266.50 on June 13, 2006 and a supplemental deposit of $220.06 on July 27, 2006 (the "Interpled Funds"), which represents the full amount of life insurance proceeds owed under the Policy, plus interest through and including the date of deposit; and

WHEREAS, the Court remains in possession of the Interpled Funds; and

WHEREAS, the parties agree that NYLIC should be discharged with prejudice from all liability with respect to all rights and obligations arising under or relating to the Policy; and

WHEREAS, the parties agree that NYLIC should be dismissed from this action with prejudice; and

WHEREAS, the parties agree that NYLIC should be awarded its reasonable attorneys' fees and costs in the amount of $5,000.00 which NYLIC incurred in bringing its interpleader action, and which amount is to be paid from the Interpled Funds currently on deposit with this Court; and

WHEREAS, NYLIC waives and releases all of its rights with regard to the Interpled Funds, other than its right to the attorneys' fees and costs awarded in this stipulation.

## **STIPULATION**

NOW, THEREFORE, the parties stipulate and agree, subject to the Court's approval, as follows:

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

C 06-3201 CRB
-3-
STIPULATION AND [PROPOSED] ORDER

1.  That NYLIC be discharged with prejudice from all liability with respect to all rights and obligations arising under or relating to the Policy.

2.  That NYLIC be dismissed from this action with prejudice.

3.  The above-named Defendants-In-Interpleader be enjoined and restrained from asserting any future claims against NYLLIC related to the Policy or any benefits due thereunder.

4.  That NYLIC be awarded attorneys' fees and costs of $5,000.00, to be paid from the Interpled Funds currently on deposit with the Court.

5.  That NYLIC waives and releases all of its rights with regard to the Interpled Funds, other than its right to the attorneys' fees and costs as provided for in this stipulation.

**IT IS SO STIPULATED.**

Dated: August 8, 2006

BARGER & WOLEN LLP

By: _/s/ Kathleen E. Dyer_
J. RUSSELL STEDMAN
KATHLEEN E. DYER
Attorneys for Plaintiff-in-Interpleader
New York Life Insurance Company

Dated: August __, 2006

LAW OFFICES OF ANDREW R. WIENER

By: _____
ANDREW R. WIENER
Attorneys for Defendant-in-Interpleader
Harry K. Jeung

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

C 06-3201 CRB
-4-
STIPULATION AND [PROPOSED] ORDER

1.  That NYLIC be discharged with prejudice from all liability with respect to all rights and obligations arising under or relating to the Policy.

2.  That NYLIC be dismissed from this action with prejudice.

3.  The above-named Defendants-In-Interpleader be enjoined and restrained from asserting any future claims against NYLLIC related to the Policy or any benefits due thereunder.

4.  That NYLIC be awarded attorneys' fees and costs of $5,000.00, to be paid from the Interpled Funds currently on deposit with the Court.

5.  That NYLIC waives and releases all of its rights with regard to the Interpled Funds, other than its right to the attorneys' fees and costs as provided for in this stipulation.

**IT IS SO STIPULATED.**

Dated: August __, 2006        BARGER & WOLEN LLP

By: _____
J. RUSSELL STEDMAN
KATHLEEN E. DYER
Attorneys for Plaintiff-in-Interpleader
New York Life Insurance Company

Dated: August 8, 2006         LAW OFFICES OF ANDREW R. WIENER

By: _____
ANDREW R. WIENER
Attorneys for Defendant-in-Interpleader
Harry K. Jeung

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

C 06-3201 CRB
-4-
STIPULATION AND [PROPOSED] ORDER

1  Dated: August 8, 2006          THOITS, LOVE, HERSHBERGER &
2                                 MCLEAN
3                                 By: /s/ Jeffrey A. Snyder
4                                     JEFFREY A. SNYDER
                                      Attorneys for Defendant-in-Interpleader
5                                     Cheuk Ping Wong

6  IT IS SO ORDERED.
7
8
   Dated: __August 14, 2006__
9                                 HONORABLE CHARLES R. BREYER
                                  UNITED STATES DISTRICT JUDGE

   *[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA. Stamp: "IT IS SO ORDERED" signed Judge Charles R. Breyer]*

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

C 06-3201 CRB
-5-
STIPULATION AND [PROPOSED] ORDER