J. Russell Stedman (117130), rstedman@barwol.com
Kathleen E. Dyer (227216), kdyer@barwol.com
BARGER & WOLEN LLP
650 California Street, 9th Floor
San Francisco, California 94108
Telephone: (415) 434-2800
Facsimile: (415) 434-2533

Attorneys for Plaintiff-in-Interpleader
NEW YORK LIFE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEW YORK LIFE INSURANCE COMPANY,<br><br>    Plaintiff-in-Interpleader,<br><br>vs.<br><br>HARRY K. JEUNG, an individual; CHEUK PING WONG, an individual,<br><br>    Defendants-in-Interpleader. | CASE NO.: C 06-3201 CRB<br><br>[PROPOSED] ORDER DIRECTING CLERK TO MAKE PAYMENT TO NEW YORK LIFE INSURANCE COMPANY FROM INTERPLEADED FUNDS |

I:\office7\7491\176\06Pleadings\Proposed Order - payment from funds.doc                                C 06-3201 CRB

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

[PROPOSED] ORDER DIRECTING CLERK TO MAKE PAYEMENT FROM INTERPLEADED FUNDS

Having considered the stipulation of the parties and good cause appearing, the Court ORDERS as follows:

1. The clerk of this Court is directed to issue a check in the amount of $5,000 funded from the Interpled Funds on deposit made payable to New York Life Insurance Company; and

2. The clerk shall mail the above-referenced check to NYLIC's attorney of record, Kathleen E. Dyer, Barger & Wolen LLP, 650 California Street, 9th Floor, San Francisco, California 94109.

**IT IS SO ORDERED.**

Dated: __August 14_____, 2006

By: _____
HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE



IT IS SO ORDERED
Judge Charles R. Breyer

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

C 06-3201 CRB
-2-
[PROPOSED] ORDER DIRECTING CLERK TO MAKE PAYMENT FROM INTERPLEADED FUNDS