IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEW YORK LIFE INS. CO., | No. C 06-03201 CRB |
| Plaintiff-in-Interpleader, | **ORDER DENYING STIPULATION PROTECTIVE ORDER** |
| v. | |
| HARRY K. JEUNG, and CHEUK PING WONG, | |
| Defendants-in-Interpleader. | |

Now pending before the Court is the stipulated protective order proposed by defendants-in-interpleader. Paragraph 7 of the proposed order violates Civil Local Rule 79-5 regarding the filing of documents under seal. Accordingly, the Court denies the proposed order without prejudice to the parties submitting an order that complies with the Local Rules.

**IT IS SO ORDERED.**

Dated: August 17, 2006

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2006\3201\orderreprotectiveorder.wpd