1  Andrew R. Wiener (115254)
   **LAW OFFICE OF ANDREW R. WIENER**
2  58 Maiden Lane, 2nd Floor
   San Francisco, CA 94108
3  Telephone: (415) 788-6330
   Facsimile: (415) 391-0555
4
   *Attorneys for Defendant-in-Interpleader,*
5  *Harry K. Jeung*

6  Jeffrey A. Snyder, Esq. (148217)
   Erin L. McDermit (241167)
7  **THOITS, LOVE, HERSHBERGER & McLean**
   Two Palo Alto Square, Suite 500
8  3000 El Camino Real
   Palo Alto, CA 94306
9  Telephone: (650) 327-4200
   Facsimile: (650) 325-5572
10
   *Attorneys for Defendant-in-Interpleader*
11 *Cheuk Ping Wong*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| NEW YORK LIFE INSURANCE COMPANY, | Case No. C 06 3201 CRB |
|---|---|
| Plaintiff-in-Interpleader, | ~~JOINT CASE MANAGEMENT STATEMENT AND PROPOSED~~ ORDER |
| v. | |
| HARRY K. JEUNG, an individual; CHEUK PING WONG, an individual, | Date: November 17, 2006<br>Time: 8:30 a.m. |
| Defendants-in-Interpleader. | Dept.: Courtroom 8, 19th Floor |

The parties to this action, by and through their respective attorneys of record, hereby jointly submit this Case Management Conference Statement and Proposed Order.

The parties mediated before Honorable Nat Agliano, (Ret.) JAMS, and are in the process of finalizing settlement papers in this matter. The parties hereby propose a 60-day postponement of the case management conference set for November 17, 2006.

239866/220871                               1
JOINT CASE MANAGEMENT STATEMENT AND PROPOSED ORDER

Dated: Nov. 7, 2006

THOITS, LOVE, HERSHBERGER & McLEAN

Jeffrey A. Snyder, Esq.
Attorneys for Defendant-in-Interpleader,
Cheuk Ping Wong

LAW OFFICE OF ANDREW R. WIENER

Dated: 11/7/06

Andrew R. Wiener, Esq
Attorney for Defendant-in-Interpleader,
Harry Jeung

## CASE MANAGEMENT ORDER

Based on the foregoing, the Court orders:

The case management conference set for November 17, 2006 is vacated and a case management conference is set for January 12, 2007.

Dated: 11/8/06

UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Charles R. Breyer