1  Andrew R. Wiener (115254)
   LAW OFFICE OF ANDREW R. WIENER
2  58 Maiden Lane, 2nd Floor
   San Francisco, CA 94108
3  Telephone: (415) 788-6330
   Facsimile: (415) 391-0555
4
   *Attorneys for Harry K. Jeung*
5

6  Jeffrey A. Snyder, Esq. (148217
   THOITS, LOVE, HERSHBERGER, ET. AL.
7  Two Palo Alto Square, Suite 500
   3000 El Camino Real
8  Palo Alto, CA 94306
   Telephone: (650) 327-4200
9  Facsimile: (650) 325-5572

10 *Attorneys for Cheuk Ping Wong*

11

12              UNITED STATES DISTRICT COURT

13              NORTHERN DISTRICT OF CALIFORNIA

14

15 NEW YORK LIFE INSURANCFE COMPANY,  )  Case No. C 06 3201 CRB
                                      )
16        Plaintiff-in-Interpleader,  )  [PROPOSED] ORDER DIRECTING
                                      )  CLERK TO MAKE PAYMENT TO
17     v.                             )  HARRY K. JEUNG OF ALL
                                      )  INTERPLEADED FUNDS
18 HARRY K. JEUNG, an individual; CHEUK )
   PING WONG, an individual,          )
19                                    )
        Defendants-in-Interpleader    )
20 _____    )

21       Having considered the stipulation of the parties to this action, and good cause appearing, the

22 Court hereby orders, and the Clerk of this Court is directed to issue, a check in the amount of

23 $309,486.56, or in such other substantially similar amount as may be on deposit after including

24 additionally accrued interest, which check shall be made payable to "Law Office of Andrew R. Wiener

25 Client Trust Account and mailed to Andrew R. Wiener, 58 Maiden lane, 2nd Floor, San Francisco, CA,

26 94108.

27 Dated:  Dec. 8, 2006          _____
                                 HONORABLE _____,
28                               UNITED STATES _____

    *IT IS SO ORDERED*
    *Judge Charles R. Breyer*

    **PROPOSED ORDER DIRECTING CLERK TO MAKE PAYMENT FROM INTERPLEADED FUNDS TO HARRY K. JEUNG**