Andrew R. Wiener (115254)
LAW OFFICE OF ANDREW R. WIENER
58 Maiden Lane, 2nd Floor
San Francisco, CA 94108
Telephone: (415) 788-6330
Facsimile: (415) 391-0555

*Attorneys for Defendant-in-Interpleader,*
*Harry K. Jeung*

Jeffrey A. Snyder, Esq. (148217
Erin L. McDermit (241167)
THOITS, LOVE, HERSHBERGER, ET. AL.
Two Palo Alto Square, Suite 500
3000 El Camino Real
Palo Alto, CA 94306
Telephone: (650) 327-4200
Facsimile: (650) 325-5572

*Attorneys for Defendant-in-Interpleader*
*Cheuk Ping Wong*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEW YORK LIFE INSURANCFE COMPANY, ) | Case No. C 06 3201 CRB |
| Plaintiff-in-Interpleader, ) | JOINT CASE MANAGEMENT CONFERENCE STATEMENT AND ~~PROPOSED~~ ORDER |
| v. ) | |
| HARRY K. JEUNG, an individual; CHEUK PING WONG, an individual, ) | Date: January 12, 2007<br>Time: 8:30 a.m.<br>Dept: Courtroom 8, 19th Floor |
| Defendants-in-Interpleader ) | |

The parties to this action, by and through their respective attorneys of record, hereby jointly submit this Case Management Conference Statement and Proposed Order.

The parties are presently performing their obligations under a written settlement agreement. The parties had expected to have completed the settlement process, and to have filed a request for dismissal of the action, by the time of the January 12, 2006 Case Management Conference. However, the parties were recently advised by the Court Clerk that the Court is unable to disburse the interpled funds

---

JOINT CMC STATEMENT AND PROPOSED ORDER

pursuant to this Court's Order because of a change in the Court's accounting system, and that the disbursement will not occur until late January. Soon after that disbursement is made, per the parties' settlement agreement, the parties will submit a request that the action be dismissed. Accordingly, the parties jointly request that the January 12, 2007 Case Management Conference be vacated and that it be re-set for March 9, 2007, so as to accommodate the time necessary for the Court to complete its conversion of its accounting system and disburse the funds as directed by the Court, which will then enable the parties to complete their settlement obligations and request a dismissal of the action.

THOITS, HERSHBERGER, ET. AL.

Dated: January 2, 2007 ~~December ___, 2006~~
_____
Jeffrey Snyder, Esq., Attorneys for
Defendant-in-Interpleader, CHEUK PING WONG


LAW OFFICE OF ANDREW R. WIENER

Dated: December 22, 2006      /s/
_____
Andrew R. Wiener, Attorney for
Defendant-in-Interpleader, HARRY K. JEUNG


## CASE MANAGEMENT ORDER

Based upon the foregoing, the Court orders:

The Case Management Conference set for January 12, 2007 is hereby vacated, and a Case Management Conference is set for March 9, 2007.

Dated: January 3, 2007
_____
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Charles R. Breyer

---
JOINT CMC STATEMENT AND PROPOSED ORDER