1   Jeffrey A. Snyder/Bar No. 148217
    Erin L. McDermit/Bar No. 241167
2   **THOITS, LOVE, HERSHBERGER & McLEAN**
    A Professional Law Corporation
3   Two Palo Alto Square, Suite 500, 3000 El Camino Real
    Palo Alto, California 94306-2112
4   Telephone:    (650) 327-4200
    Facsimile:    (650) 325-5572
5
    **Attorneys for Defendant-in-Interpleader**
6   **Cheuk Ping Wong**

7                    **UNITED STATES DISTRICT COURT**

8                  **NORTHERN DISTRICT OF CALIFORNIA**

9   **NEW YORK LIFE INSURANCE**          No.  **C 06 3201 CRB**
    **COMPANY,**
10                                        **STIPULATION OF DISMISSAL WITH**
                    Plaintiff-in-Interpleader,   **PREJUDICE AND ORDER THEREON**
11
    v.
12
    **HARRY K. JEUNG, AN INDIVIDUAL;**
13  **CHEUK PING WONG, AN**
    **INDIVIDUAL,**
14
                    Defendants-in-Interpleader.
15

16

17          Whereas, Plaintiff-in-Interpleader New York Life Insurance Company was dismissed from

18  this action with prejudice by court order dated August 14, 2006; and

19          Whereas, the remaining parties have settled the remaining claims in this action; and

20          Whereas, the entire balance of the interpleaded funds in this action ($309,486.56 or such

21  other substantially similar amount as may be on deposit herein) has been distributed;

22          Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and a settlement reached

23  by the parties, Defendants-in-Interpleader Cheuk Ping Wong and Harry K. Jeung, through their

24  counsel, hereby stipulate to and request a dismissal with prejudice of this entire action, including

25  any and all claims and issues alleged, with each party to bear its own attorneys' fees and costs.

26          IT IS SO STIPULATED.

**THOITS, LOVE, HERSHBERGER & McLEAN**
A PROFESSIONAL LAW CORPORATION
TWO PALO ALTO SQUARE, SUITE 500, 3000 EL CAMINO REAL
PALO ALTO, CALIFORNIA 94306-2112
(650) 327-4200

1  Dated: ~~October~~ , ~~2006~~

2    *February 6, 2007*

3

4                                    **THOITS, LOVE,**
                                     **HERSHBERGER & McLEAN**

5      By:  _____
                  Jeffrey A. Snyder

6              Attorneys for Defendant-In-Interpleader
               CHEUK PING WONG

7

8  Dated: ~~October~~ *January* 30, 200~~6~~ *7*

9                                    **LAW OFFICE OF**
                                     **ANDREW R. WIENER**

10

11     By:  _____
                  Andrew R. Wiener

12             Attorneys for Defendant-In-Interpleader
               HARRY K. JEUNG

13

14       IT IS SO ORDERED.  This action is dismissed with prejudice.

15  Dated: __February 7, 2007_____

16

17     _____
           Judge Charles R. Breyer

18     Judge of the United States District Court,
       Northern District of California

19



20

21

22

23

24

25

26

THOITS, LOVE, HERSHBERGER & McLEAN
A PROFESSIONAL LAW CORPORATION
TWO PALO ALTO SQUARE, SUITE 500, 3000 EL CAMINO REAL
PALO ALTO, CALIFORNIA 94306-2112
(650) 327-4200